```
                          LINN COUNTY                  Pay Period Begin  08/31/19
                          935 2ND ST SW                Pay Period End    09/13/19
                          CEDAR RAPIDS, IA 52404-2100
                                                              Advice #   10632057
```

| Name | JESS A OSBORN | Advice Date | 09/20/19 |
| --- | --- | --- | --- |
| Address | 306 STEPHANIE DR | Amount | *************** |
| | CENTRAL CITY, IA 52214 | | SEE NET PAY DISTRIBUTION SECTION |

Employee # 9332        SS #            CURRENT RATE 25.8200

Message

### Gross Hours and Earnings

| Description | Current Hours | Current Earnings | YTD Earnings |
| --- | --- | --- | --- |
| REGULAR PAY | 80.00 | 2,065.60 | 38,643.20 |
| OVT | | | 740.54 |
| DOUBLETIME | | | 151.44 |
| GROSS ADJUSTMNT | | | 23.20- |
| TOTAL | 80.00 | 2,065.60 | 39,511.98 |

### Deductions

| Description | Current Amount | YTD Amount |
| --- | --- | --- |
| IPERS | 129.93 | 2,485.35 |
| MED DEDUCTION | 23.08 | 438.52 |
| HEALTH PRETAX | 190.00 | 1,620.00 |
| DENTAL PRETAX | 62.76 | 498.84 |
| VISION INS PRET | | 185.94 |
| OPTLIFE INS | | 189.72 |
| TOTAL | 405.77 | 5,418.37 |

### Taxes

| Tax Type | FEDERAL TA | STATE TAX |
| --- | --- | --- |
| Filing Status | MARRIED | MARRIED |
| Exemptions | 0 | 0 |
| Extra Tax | | |

| Description | Current Amount | YTD Amount | YTD Earnings |
| --- | --- | --- | --- |
| SOCIAL SECURITY | 110.97 | 2,279.69 | 36,768.68 |
| MEDICARE TAX | 25.95 | 533.15 | 36,768.68 |
| FEDERAL TAX | 129.80 | 2,795.73 | 34,283.33 |
| STATE TAX | 73.61 | 1,569.92 | 34,283.33 |

### Leave in Hours

| Description | Accrued YTD | Taken YTD | Current Balance |
| --- | --- | --- | --- |
| PERS DAYS ADD | 16.00 | 16.00 | |
| VACATION ADD ON | 200.00 | 113.00 | 195.00 |
| SL ACCRUAL | 64.00 | 70.50 | 33.60 |

### Net Pay Distribution

| Description | Current | YTD |
| --- | --- | --- |
| LINN AREA CREDI | 1,319.50 | 26,915.12 |

|  | LINN COUNTY<br>935 2ND ST SW<br>CEDAR RAPIDS, IA 52404-2100 | Pay Period Begin | 08/17/19 |
|---|---|---|---|
|  |  | Pay Period End | 08/30/19 |
|  |  | Advice # | 10631269 |

| Name<br>Address | JESS A OSBORN<br>306 STEPHANIE DR<br>CENTRAL CITY, IA 52214 | Advice Date<br>Amount | 09/06/19<br>***************<br>SEE NET PAY DISTRIBUTION SECTION |
|---|---|---|---|

Employee # 9332      SS #      CURRENT RATE 25.8200

Message

### Gross Hours and Earnings

| Description | Current Hours | Current Earnings | YTD Earnings |
|---|---|---|---|
| REGULAR PAY | 80.00 | 2,065.60 | 36,577.60 |
| OVT |  |  | 740.54 |
| DOUBLETIME |  |  | 151.44 |
| GROSS ADJUSTMNT |  |  | 23.20- |
| TOTAL | 80.00 | 2,065.60 | 37,446.38 |

### Deductions

| Description | Current Amount | YTD Amount |
|---|---|---|
| IPERS | 129.93 | 2,355.42 |
| VISION INS PRET | 20.66 | 185.94 |
| MED DEDUCTION | 23.08 | 415.44 |
| OPTLIFE INS | 21.08 | 189.72 |
| HEALTH PRETAX |  | 1,430.00 |
| DENTAL PRETAX |  | 436.08 |
| TOTAL | 194.75 | 5,012.60 |

### Taxes

| Tax Type | FEDERAL TA | STATE TAX |
|---|---|---|
| Filing Status | MARRIED | MARRIED |
| Exemptions | 0 | 0 |
| Extra Tax |  |  |

| Description | Current Amount | YTD Amount | YTD Earnings |
|---|---|---|---|
| SOCIAL SECURITY | 125.36 | 2,168.72 | 34,978.92 |
| MEDICARE TAX | 29.32 | 507.20 | 34,978.92 |
| FEDERAL TAX | 157.65 | 2,665.93 | 32,623.50 |
| STATE TAX | 87.95 | 1,496.31 | 32,623.50 |

### Leave in Hours

| Description | Accrued YTD | Taken YTD | Current Balance |
|---|---|---|---|
| PERS DAYS ADD | 16.00 | 15.00 | 1.00 |
| VACATION ADD ON |  | 108.00 |  |
| SL ACCRUAL | 64.00 | 70.50 | 33.60 |

### Net Pay Distribution

| Description | Current | YTD |
|---|---|---|
| LINN AREA CREDI | 1,470.57 | 25,595.62 |

```
                        LINN COUNTY                  Pay Period Begin  08/03/19
                        935 2ND ST SW                Pay Period End    08/16/19
                        CEDAR RAPIDS, IA 52404-2100
                                                           Advice #   10630469

Name     JESS A OSBORN              Advice Date  08/23/19
Address  306 STEPHANIE DR           Amount       ***************
         CENTRAL CITY, IA 52214                  SEE NET PAY DISTRIBUTION SECTION

Employee # 9332    SS #         CURRENT RATE 25.8200
Message
```

### Gross Hours and Earnings

| Description | Current Hours | Current Earnings | YTD Earnings |
|---|---|---|---|
| REGULAR PAY | 80.00 | 2,065.60 | 34,512.00 |
| OVT | | | 740.54 |
| DOUBLETIME | | | 151.44 |
| GROSS ADJUSTMNT | | | 23.20- |
| TOTAL | 80.00 | 2,065.60 | 35,380.78 |

### Deductions

| Description | Current Amount | YTD Amount |
|---|---|---|
| IPERS | 129.93 | 2,225.49 |
| MED DEDUCTION | 23.08 | 392.36 |
| HEALTH PRETAX | 190.00 | 1,430.00 |
| DENTAL PRETAX | 62.76 | 436.08 |
| VISION INS PRET | | 165.28 |
| OPTLIFE INS | | 168.64 |
| TOTAL | 405.77 | 4,817.85 |

### Taxes

| Tax Type | FEDERAL TA | STATE TAX |
|---|---|---|
| Filing Status | MARRIED | MARRIED |
| Exemptions | 0 | 0 |
| Extra Tax | | |

| Description | Current Amount | YTD Amount | YTD Earnings |
|---|---|---|---|
| SOCIAL SECURITY | 110.97 | 2,043.36 | 32,957.06 |
| MEDICARE TAX | 25.95 | 477.88 | 32,957.06 |
| FEDERAL TAX | 129.80 | 2,508.28 | 30,731.57 |
| STATE TAX | 73.61 | 1,408.36 | 30,731.57 |

### Leave in Hours

| Description | Accrued YTD | Taken YTD | Current Balance |
|---|---|---|---|
| PERS DAYS ADD | 16.00 | | 16.00 |
| VACATION ADD ON | | 108.00 | |
| SL ACCRUAL | 56.00 | 66.50 | 29.60 |

### Net Pay Distribution

| Description | Current | YTD |
|---|---|---|
| LINN AREA CREDI | 1,319.50 | 24,125.05 |

|  |  |  |
|---|---|---|
| LINN COUNTY<br>935 2ND ST SW<br>CEDAR RAPIDS, IA 52404-2100 | Pay Period Begin | 07/20/19 |
|  | Pay Period End | 08/02/19 |
|  | Advice # | 10629663 |

| Name | JESS A OSBORN | Advice Date | 08/09/19 |
|---|---|---|---|
| Address | 306 STEPHANIE DR<br>CENTRAL CITY, IA 52214 | Amount | ***************<br>SEE NET PAY DISTRIBUTION SECTION |

Employee # 9332        SS #              CURRENT RATE 25.8200

Message

### Gross Hours and Earnings

| Description | Current Hours | Current Earnings | YTD Earnings |
|---|---|---|---|
| REGULAR PAY | 80.00 | 2,065.60 | 32,446.40 |
| OVT |  |  | 740.54 |
| DOUBLETIME |  |  | 151.44 |
| GROSS ADJUSTMNT |  |  | 23.20- |
| TOTAL | 80.00 | 2,065.60 | 33,315.18 |

### Deductions

| Description | Current Amount | YTD Amount |
|---|---|---|
| IPERS | 129.93 | 2,095.56 |
| VISION INS PRET | 20.66 | 165.28 |
| MED DEDUCTION | 23.08 | 369.28 |
| OPTLIFE INS | 21.08 | 168.64 |
| HEALTH PRETAX |  | 1,240.00 |
| DENTAL PRETAX |  | 373.32 |
| TOTAL | 194.75 | 4,412.08 |

### Taxes

| Tax Type | FEDERAL TA | STATE TAX |
|---|---|---|
| Filing Status | MARRIED | MARRIED |
| Exemptions | 0 | 0 |
| Extra Tax |  |  |

| Description | Current Amount | YTD Amount | YTD Earnings |
|---|---|---|---|
| SOCIAL SECURITY | 125.36 | 1,932.39 | 31,167.30 |
| MEDICARE TAX | 29.32 | 451.93 | 31,167.30 |
| FEDERAL TAX | 157.65 | 2,378.48 | 29,071.74 |
| STATE TAX | 87.95 | 1,334.75 | 29,071.74 |

### Leave in Hours

| Description | Accrued YTD | Taken YTD | Current Balance |
|---|---|---|---|
| PERS DAYS ADD | 16.00 |  | 16.00 |
| VACATION ADD ON |  | 108.00 |  |
| SL ACCRUAL | 56.00 | 63.50 | 32.60 |

### Net Pay Distribution

| Description | Current | YTD |
|---|---|---|
| LINN AREA CREDI | 1,470.57 | 22,805.55 |