# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: | Chapter 7 |
| Jess Allan Osborn and Heather Ann Osborn, Debtors | Case No. 19-01352 |

## MOTION TO RESTRICT ACCESS

COME NOW the Debtors, by and through their attorney, and request that the court enter an order restricting access of the public to document number five, Payment Advices Filed by Debtor Heather Ann Osborn, that was filed on September 30, 2019, because some of the pay stubs that were filed have the debtor's social security number on them and his counsel failed to observe that and redact them before filing.

_____
Henry E. Nathanson of      AT0005695
NAZETTE MARNER NATHANSON & SHEA, L.L.P.
P.O. Box 74210
Cedar Rapids, Iowa 52407-4250
Phone: (319) 366-1000
Facsimile: (319) 313-7842
ATTORNEYS FOR DEBTORS

## CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury that on the 1st day of October, 2019, a true and correct copy of the debtors' motion to restrict access was served on the parties listed below by either first-class U.S. mail or via the CM/ECF system of the United States Bankruptcy Court for the Northern District of Iowa:

U.S. Trustee
111 7th Avenue SE
Box 17
Cedar Rapids IA 52401-2101

Sheryl Schnittjer
24695 207th Avenue
Delhi IA 52223

_____
Henry E. Nathanson of        AT0005695
NAZETTE, MARNER, NATHANSON &
SHEA, L.L.P.
P.O. Box 74210
Cedar Rapids, Iowa 52407-4250
Phone: (319) 366-1000
Facsimile: (319) 313-7842
ATTORNEYS FOR DEBTORS

2