**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In Re: | Chapter 7 |
| Jess Allan Osborn and Heather Ann Osborn, Debtors | Case No. 19-01352 |

**ORDER GRANTING MOTION TO RESTRICT ACCESS**

In the matter before the Court, Debtor filed a motion requesting that the court enter an order restricting access of the public to document number five, Payment Advices Filed by Debtor Heather Ann Osborn, that was filed on September 30, 2019. The court finds good cause to restrict public access to that file, for the reason stated in the motion.

WHEREFORE, it is ordered that the access to document number five in the above-captioned case is restricted pursuant to Fed.Rules Bankr.Proc. Rule 9037 (d), such that access to the document by any nonparty is prohibited.

Dated and entered: October ___1___, 2019.

_____
U.S. BANKRUPTCY JUDGE

Prepared by Henry E. Nathanson
Attorney For Debtors