```
                        United States Bankruptcy Court
                          Northern District of Iowa
In re:                                                    Case No. 19-01352-TJC
Jess Allan Osborn                                         Chapter 7
Heather Ann Osborn
        Debtors
                           CERTIFICATE OF NOTICE
District/off: 0862-1          User: admin              Page 1 of 2            Date Rcvd: Oct 01, 2019
                              Form ID: 309A            Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2019.
db/jdb         +Jess Allan Osborn,    Heather Ann Osborn,    306 Stephanie Drive,    Central City, IA 52214-9499
2259256         Aspire Servicing Center,    PO Box 659701,    West Des Moines, IA 50265-0970
2259258        +Blitt and Gaines, PC,    2536 73rd St,    Des Moines, IA 50322-4700
2259259        #+Brumbaugh & Quandahl, PC, LLO,    4885 S 118th St, Ste 100,    Omaha, NE 68137-2241
2259269         Home Depot Credit Services,    PO Box 6276,    Sioux Falls, SD 57117-6276
2259270        +Iowa Student Loan Liquidity Corp,    Ashford II Building,    6775 Vista Drive,
                 West Des Moines, IA 50266-9305
2259273        +Merchants Credit Adjusters, Inc.,    4005 S 148th St.,    Omaha, NE 68137-5561
2259274        +Mercy Medical Center,    Attn: Business Office,    701 10th St SE,    Cedar Rapids, IA 52403-1292
2259281         The Bureaus, Inc.,    650 Dundee Rd, Ste 370,    Northbrook, IL 60062-2757
2259283         Windstream,    PO Box 9001908,    Louisville, KY 40290-1908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: hnathanson@nazettelaw.com Oct 01 2019 21:58:22     Henry E. Nathanson,
                 P O Box 74210,   Cedar Rapids, IA  52407
tr             +EDI: QSLSCHNITTJER.COM Oct 02 2019 01:58:00      Sheryl Schnittjer,    24695 207th Ave.,
                 Delhi, IA 52223-8414
ust            +E-mail/Text: ustpregion12.cr.ecf@usdoj.gov Oct 01 2019 21:58:30     United States Trustee,
                 United States Federal Courthouse,    111 7th Avenue SE, Box 17,    Cedar Rapids, IA 52401-2103
2259255         E-mail/Text: jpietig@aamsonline.com Oct 01 2019 21:58:31     AAMS,
                 4800 Mills Civic Parkway, Ste 202,    West Des Moines, IA 50265-5265
2259257         EDI: CINGMIDLAND.COM Oct 02 2019 01:58:00      AT&T Mobility,    PO Box 6438,
                 Carol Stream, IL 60197-6438
2259260         EDI: CAPITALONE.COM Oct 02 2019 01:58:00      Capital One Bank (USA), NA,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
2259261         EDI: WFNNB.COM Oct 02 2019 01:58:00      Comenity Bank,    PO Box 182125,
                 Columbus, OH 43218-2125
2259262        +E-mail/Text: bankruptcy@consumerportfolio.com Oct 01 2019 21:58:33
                 Consumer Portfolio Services, Inc,    PO Box 57071,    Irvine, CA 92619-7071
2259263        +E-mail/Text: bankruptcy@credencerm.com Oct 01 2019 21:58:38     Credence Resource Management,
                 17000 Dallas Pkwy, Ste 204,    Dallas, TX 75248-1940
2259264        +EDI: CRFRSTNA.COM Oct 02 2019 01:58:00      Credit First NA,    PO Box 81410,
                 Cleveland, OH 44181-0410
2259265         EDI: DIRECTV.COM Oct 02 2019 01:58:00      DIRECTV, Inc,    Customer Service,    PO Box 70014,
                 Boise, ID 83707-0114
2259266         EDI: BLUESTEM Oct 02 2019 01:58:00      Fingerhut,    PO Box 1250,    Saint Cloud, MN 56395-1250
2259267        +E-mail/Text: chuck.lampe@firstfedcu.com Oct 01 2019 21:58:30     First Federal Credit Union,
                 425 1st Avenue SW,    Cedar Rapids, IA 52405-3991
2259268         EDI: HFC.COM Oct 02 2019 01:58:00      Furniture Row,    Dept 7680,    Carol Stream, IL 60116-7680
2259254         E-mail/Text: IDR.Bankruptcy@ag.iowa.gov Oct 01 2019 21:58:41     Iowa Department of Revenue,
                 Attn: Bankruptcy Unit,    P O Box 10471,    Des Moines, IA 50306
2259271        +EDI: CHASE.COM Oct 02 2019 01:58:00      JP Morgan Chase Bank, NA,    PO Box 15298,
                 Wilmington, DE 19850-5298
2259272         E-mail/Text: bncnotices@becket-lee.com Oct 01 2019 21:58:26     Kohl's,    P.O. Box 3043,
                 Milwaukee, WI 53201-3043
2259275        +EDI: MID8.COM Oct 02 2019 01:58:00      Midland Funding LLC,
                 3111 Camino del Rio North, Ste 1300,    San Diego, CA 92108-5750
2259276         E-mail/Text: bankruptcy@nfm.com Oct 01 2019 21:58:30     Nebraska Furniture Mart,    PO Box 2335,
                 Omaha, NE 68103-2335
2259277         E-mail/Text: bnc@nordstrom.com Oct 01 2019 21:58:28     Nordstrom,    PO Box 6555,
                 Englewood, CO 80155-6555
2259278         EDI: PRA.COM Oct 02 2019 01:58:00      Portfolio Recovery Associates, LLC,    120 Corporate Blvd,
                 Norfolk, VA 23502
2259279         E-mail/Text: Supportservices@receivablesperformance.com Oct 01 2019 21:58:38
                 Receivable Performance Management, LLC,    PO Box 1548,    Lynnwood, WA 98046-1548
2259280         EDI: RMSC.COM Oct 02 2019 01:58:00      Synchrony Bank,    Attn: Bankruptcy Dept.,
                 PO Box 965060,    Orlando, FL 32896-5060
2259282        +E-mail/Text: cbo-bankruptcy@unitypoint.org Oct 01 2019 21:58:36     UnityPoint Health,
                 Central Billing Office,    1200 Pleasant Street,    Des Moines, IA 50309-1406
                                                                                               TOTAL: 24

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0862-1          User: admin                Page 2 of 2              Date Rcvd: Oct 01, 2019
                              Form ID: 309A              Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2019 at the address(es) listed below:
NONE.                                                                                           TOTAL: 0
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Jess Allan Osborn<br>First Name    Middle Name    Last Name | Social Security number or ITIN:  xxx–xx–0734<br>EIN:  _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Heather Ann Osborn<br>First Name    Middle Name    Last Name | Social Security number or ITIN:  xxx–xx–0009<br>EIN:  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: Northern District of Iowa | | Date case filed for chapter: 7    9/30/19 |
| Case number: 19–01352 | | |

Official Form B309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline       12/17

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.** The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay. The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.) To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**NOTICE IS GIVEN** that during the course of administration, the Chapter 7 trustee may sell, abandon, or otherwise dispose of property, including the compromise or settlement of controversies, by filing a report of such intended action with the Clerk, with a copy served upon the U.S. Trustee, debtor(s), debtor(s) counsel, and those creditors and equity security holders who have requested notice pursuant to Rule 2002 of the Bankruptcy Rules. Any party requesting a notice pursuant to Rule 2002 must file a request with the Clerk of the Bankruptcy Court specifically referring to Rule 2002 and shall serve a copy of that request for notice upon debtor(s) counsel, trustee, and U.S. Trustee, at the addresses set forth in this notice. Any party objecting to such action by the trustee shall file such objection with the Clerk of Bankruptcy Court, serving a copy on the moving party, trustee, U.S. Trustee, debtor(s) and debtor(s) counsel within 21 days after the filing of such report.

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court. Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jess Allan Osborn | Heather Ann Osborn |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 306 Stephanie Drive<br>Central City, IA 52214 | 306 Stephanie Drive<br>Central City, IA 52214 |
| 4. | **Debtor's attorney**<br>Name and address | Henry E. Nathanson<br>P O Box 74210<br>Cedar Rapids, IA 52407 | Phone: 319–366–1000<br>Email: hnathanson@nazettelaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Sheryl Schnittjer<br>24695 207th Ave.<br>Delhi, IA 52223 | Phone: 319–721–6190<br>Email: delhisls926@gmail.com |

**For more information, see page 2 >**

| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 111 Seventh Avenue SE #15 Cedar Rapids, IA 52401–2101 | Hours open: Monday–Friday, 8:00 am to 4:30 pm CT  Phone: (319) 286–2200 www.ianb.uscourts.gov  Date: 10/1/19 |
|---|---|---|---|
| 7. | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 28, 2019 at 09:30 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  All *Individual Debtors must* provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | Location:  **U.S. Courthouse, 111 7th Ave SE, Room 120, Cedar Rapids, IA** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. |
| 9. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). | **Filing deadline: 12/27/19**  **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). |
|   |   | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection.  **Certification About a Financial Management Course deadline: 12/27/19** **Reaffirmation Agreement deadline: 12/27/19** | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
|   | **Appointment of Trustee and Tax Returns** | The trustee named in line 5 of this notice is the interim trustee appointed by the U.S. Trustee to serve under general blanket bond. Per Section 521(e), *individual debtor(s) are required to provide* to the trustee, no later than 7 days prior to the date set for the first meeting of creditors, a copy of the Federal Income Tax return for the most recent tax year ending immediately before the commencement of the case. | |

Official Form B309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                          page **2**