# Earnings Statement



**Osborn, Heather Ann**
SS #:

| Period End Date | Check Date |
|---|---|
| 09/24/2019 | 09/30/2019 |
| Gross | Net |
| $1,800.26 | $1,191.75 |
| | Check No.: |
| | 000311404A |

Employee #:  4144    Company:  UF    Dist:  99999

| Earnings | Hours | Cur Amt | YTD |
|---|---|---|---|
| 001 / Regular | 66.67 | 1,237.33 | 24,271.78 |
| 001A / Regular Hrs Adjusted | 9.33 | 173.23 | 148.54 |
| 005 / PTO (Paid Time Off) | 20.00 | 371.20 | 2,751.52 |
| 009 / Purchased Time Off | 0.00 | 0.00 | 742.40 |
| 016 / Holiday Paid | 0.00 | 0.00 | 890.88 |
| 030 / Floating Holiday | 0.00 | 0.00 | 148.48 |
| 035 / Birthday Hours | 0.00 | 0.00 | 148.48 |
| 085 / Bonus | 0.00 | 0.00 | 2,151.84 |
| Total | | 1,781.76 | 31,253.92 |

| Deductions | Cur Amt | YTD |
|---|---|---|
| 211 / Vision Insurance | 12.50 | 225.00 |
| 213 / Dental Insurance | 23.50 | 423.00 |
| 216 / Supplemental Life & AD&D | 9.02 | 162.36 |
| 218 / Spouse Life Insurance | 3.45 | 62.10 |
| 220 / Accident Coverage | 10.73 | 193.14 |
| 221 / Critical Illness Coverage | 6.53 | 117.54 |
| 237 / 401K Loan Payment | 30.00 | 150.00 |
| 245P / 401K % | 142.54 | 2,268.75 |
| 249 / Purchased Time Off | 30.93 | 556.74 |
| 256 / Dependent Life Insurance | 0.40 | 7.20 |
| 280 / Parking United Ramp/Roof | 16.00 | 192.00 |
| Total | $285.60 | $4,357.83 |

| Charge Code | Hours | Rate | Amount |
|---|---|---|---|
| 001A / | 9.33 | 18.56 | 173.23 |
| 005 / | 2.00 | 18.56 | 37.12 |
| 005 / | 2.00 | 18.56 | 37.12 |
| 005 / | 8.00 | 18.56 | 148.48 |
| 005 / | 8.00 | 18.56 | 148.48 |
| 001 / | 66.67 | 18.56 | 1,237.33 |

| Taxes | Cur Amt | Tax Wages | YTD Tax | YTD Wages |
|---|---|---|---|---|
| FEDERAL | 118.53 | 1,613.97 | 2,210.50 | 27,884.13 |
| OASDI | 108.91 | 1,756.51 | 1,869.48 | 30,152.88 |
| MEDICARE | 25.47 | 1,756.51 | 437.22 | 30,152.88 |
| STATE / IA | 70.00 | 1,613.97 | 1,197.00 | 27,884.13 |
| Total | $322.91 | | $5,714.20 | |

| Taxable Fringes | Cash | Cur Amt | YTD |
|---|---|---|---|
| 180 / Parking Cash Out | Y | 18.50 | 333.00 |
| 500 / STD Untaxed Benefit | N | 4.09 | 73.48 |
| 501 / LTD Untaxed Benefit | N | 3.37 | 60.66 |
| 950 / Basic Life | N | 3.70 | 66.60 |
| Total | | $29.66 | $533.74 |

Imputed Income - CUR/YTD    9.81    176.58

| Leave | CUR Taken | Balance Hrs |
|---|---|---|
| Birthday Hours | 0.00 | 0.00 |
| Community Service | 0.00 | 16.00 |
| Floating Holiday | 0.00 | 0.00 |
| Bereavement Leave | 0.00 | 0.00 |
| Holiday Paid | 0.00 | 0.00 |
| Purchased Time Off | 0.00 | 0.00 |
| PTO | 20.00 | 90.24 |

| Active Benefits - Empr. Monthly Cost | Amt |
|---|---|
| Basic Group Life Insurance/Basic Life Insurance | 7.41 |
| Long Term Disability/Long Term Disability-Untaxed Benefit | 6.76 |
| Short Term Disability/Short Term Disability-Untaxed Benefit | 8.20 |
| Dental Insurance/Delta Dental - Employee & Child(ren) | 30.60 |
| Total | 52.96 |

STATEMENT OF EARNINGS AND DEDUCTIONS - RETAIN FOR YOUR RECORDS
- - - - - - - - - - - - - - - - - - - - - - - Fold Along Dotted Line - - - - - - - - - - - - - - - - - - - - - - -

**United Fire & Casualty Co**
118 2nd Ave SE Cedar Rapids IA 524013909

| Period End Date | Check Date |
|---|---|
| 09/24/2019 | 09/30/2019 |

| Bank Account # | Deposit Amount |
|---|---|
| 00001955300 | 1,191.75 |
| Total Deposits: | $1,191.75 |

Check Amount:    $0.00

**Osborn, Heather Ann**
306 Stephanie Dr
Central City, IA
52214

PAYROLL ADVICE ONLY - NON-NEGOTIABLE

# EARNINGS Statement



**Osborn, Heather Ann**
SS #:
Employee #: 4144    Company: UF    Dist: 99999

| Period End Date | Check Date |
|---|---|
| 09/08/2019 | 09/13/2019 |
| Gross | Net |
| $1,503.30 | $990.06 |
| Check No.: | 000310197A |

| Earnings | Hours | Cur Amt | YTD |
|---|---|---|---|
| 001 / Regular | 78.67 | 1,460.05 | 23,034.45 |
| 001A / Regular Hrs Adjusted | -6.67 | -123.73 | -24.69 |
| 005 / PTO (Paid Time Off) | 0.00 | 0.00 | 2,380.32 |
| 009 / Purchased Time Off | 0.00 | 0.00 | 742.40 |
| 016 / Holiday Paid | 8.00 | 148.48 | 890.88 |
| 030 / Floating Holiday | 0.00 | 0.00 | 148.48 |
| 035 / Birthday Hours | 0.00 | 0.00 | 148.48 |
| 085 / Bonus | 0.00 | 0.00 | 2,151.84 |
| Total | | 1,484.80 | 29,472.16 |

| Charge Code | Hours | Rate | Amount |
|---|---|---|---|
| 016 / | 8.00 | 18.56 | 148.48 |
| 001A / | -6.67 | 18.56 | -123.73 |
| 001 / | 78.67 | 18.56 | 1,460.05 |

| Deductions | Cur Amt | YTD |
|---|---|---|
| 211 / Vision Insurance | 12.50 | 212.50 |
| 213 / Dental Insurance | 23.50 | 399.50 |
| 216 / Supplemental Life & AD&D | 9.02 | 153.34 |
| 218 / Spouse Life Insurance | 3.45 | 58.65 |
| 220 / Accident Coverage | 10.73 | 182.41 |
| 221 / Critical Illness Coverage | 6.53 | 111.01 |
| 237 / 401K Loan Payment | 30.00 | 120.00 |
| 245P / 401K % | 118.78 | 2,126.21 |
| 249 / Purchased Time Off | 30.93 | 525.81 |
| 256 / Dependent Life Insurance | 0.40 | 6.80 |
| 280 / Parking United Ramp/Roof | 16.00 | 176.00 |
| Total | $261.84 | $4,072.23 |

| Taxes | Cur Amt | Tax Wages | YTD Tax | YTD Wages |
|---|---|---|---|---|
| FEDERAL | 85.74 | 1,340.77 | 2,091.97 | 26,270.16 |
| OASDI | 90.49 | 1,459.55 | 1,760.57 | 28,396.37 |
| MEDICARE | 21.17 | 1,459.55 | 411.75 | 28,396.37 |
| STATE / IA | 54.00 | 1,340.77 | 1,127.00 | 26,270.16 |
| Total | $251.40 | | $5,391.29 | |

| Taxable Fringes | Cash | Cur Amt | YTD |
|---|---|---|---|
| 180 / Parking Cash Out | Y | 18.50 | 314.50 |
| 500 / STD Untaxed Benefit | N | 4.09 | 69.39 |
| 501 / LTD Untaxed Benefit | N | 3.37 | 57.29 |
| 950 / Basic Life | N | 3.70 | 62.90 |
| Total | | $29.66 | $504.08 |

Imputed Income - CUR/YTD    9.81    166.77

| Leave | CUR Taken | Balance Hrs |
|---|---|---|
| Birthday Hours | 0.00 | 0.00 |
| Community Service | 0.00 | 16.00 |
| Floating Holiday | 0.00 | 0.00 |
| Bereavement Leave | 0.00 | 0.00 |
| Holiday Paid | 8.00 | 0.00 |
| Purchased Time Off | 0.00 | 0.00 |
| PTO | 0.00 | 102.90 |

| Active Benefits - Empr. Monthly Cost | Amt |
|---|---|
| Basic Group Life Insurance/Basic Life Insurance | 7.41 |
| Long Term Disability/Long Term Disability-Untaxed Benefit | 6.76 |
| Short Term Disability/Short Term Disability-Untaxed Benefit | 8.20 |
| Dental Insurance/Delta Dental - Employee & Child(ren) | 30.60 |
| Total | 52.96 |

STATEMENT OF EARNINGS AND DEDUCTIONS - RETAIN FOR YOUR RECORDS
Fold Along Dotted Line



**United Fire & Casualty Co**
118 2nd Ave SE Cedar Rapids IA 524013909

| Period End Date | Check Date |
|---|---|
| 09/08/2019 | 09/13/2019 |

| Bank Account # | Deposit Amount |
|---|---|
| 00001955300 | 990.06 |
| Total Deposits: | $990.06 |
| Check Amount: | $0.00 |

Osborn, Heather Ann
306 Stephanie Dr
Central City, IA
52214

PAYROLL ADVICE ONLY - NON-NEGOTIABLE



# Earnings Statement

**Osborn, Heather Ann**
SS #:
Employee #: 4144   Company: UF   Dist: 99999

Period End Date: 08/24/2019
Check Date: 08/30/2019
Gross: $1,651.78
Net: $1,090.92
Check No.: 000309003A

| Earnings | Hours | Cur Amt | YTD |
|---|---|---|---|
| 001 / Regular | 82.67 | 1,534.29 | 21,574.40 |
| 001A / Regular Hrs Adjusted | 1.33 | 24.75 | 99.04 |
| 005 / PTO (Paid Time Off) | 4.00 | 74.24 | 2,380.32 |
| 009 / Purchased Time Off | 0.00 | 0.00 | 742.40 |
| 016 / Holiday Paid | 0.00 | 0.00 | 742.40 |
| 030 / Floating Holiday | 0.00 | 0.00 | 148.48 |
| 035 / Birthday Hours | 0.00 | 0.00 | 148.48 |
| 085 / Bonus | 0.00 | 0.00 | 2,151.84 |
| Total | | 1,633.28 | 27,987.36 |

| Charge Code | Hours | Rate | Amount |
|---|---|---|---|
| 001A / | 1.33 | 18.56 | 24.75 |
| 005 / | 1.50 | 18.56 | 27.84 |
| 005 / | 2.50 | 18.56 | 46.40 |
| 001 / | 82.67 | 18.56 | 1,534.29 |

| Deductions | Cur Amt | YTD |
|---|---|---|
| 211 / Vision Insurance | 12.50 | 200.00 |
| 213 / Dental Insurance | 23.50 | 376.00 |
| 216 / Supplemental Life & AD&D | 9.02 | 144.32 |
| 218 / Spouse Life Insurance | 3.45 | 55.20 |
| 220 / Accident Coverage | 10.73 | 171.68 |
| 221 / Critical Illness Coverage | 6.53 | 104.48 |
| 237 / 401K Loan Payment | 30.00 | 90.00 |
| 245P / 401K % | 130.66 | 2,007.43 |
| 249 / Purchased Time Off | 30.93 | 494.88 |
| 256 / Dependent Life Insurance | 0.40 | 6.40 |
| 280 / Parking United Ramp/Roof | 16.00 | 160.00 |
| Total | $273.72 | $3,810.39 |

| Taxes | Cur Amt | Tax Wages | YTD Tax | YTD Wages |
|---|---|---|---|---|
| FEDERAL | 102.13 | 1,477.37 | 2,006.23 | 24,929.39 |
| OASDI | 99.70 | 1,608.03 | 1,670.08 | 26,936.82 |
| MEDICARE | 23.31 | 1,608.03 | 390.58 | 26,936.82 |
| STATE / IA | 62.00 | 1,477.37 | 1,073.00 | 24,929.39 |
| Total | $287.14 | | $5,139.89 | |

| Taxable Fringes | Cash | Cur Amt | YTD |
|---|---|---|---|
| 180 / Parking Cash Out | Y | 18.50 | 296.00 |
| 500 / STD Untaxed Benefit | N | 4.09 | 65.30 |
| 501 / LTD Untaxed Benefit | N | 3.37 | 53.92 |
| 950 / Basic Life | N | 3.70 | 59.20 |
| Total | | $29.66 | $474.42 |

Imputed Income - CUR/YTD   9.81   156.96

| Leave | CUR Taken | Balance Hrs |
|---|---|---|
| Birthday Hours | 0.00 | 0.00 |
| Community Service | 0.00 | 16.00 |
| Floating Holiday | 0.00 | 0.00 |
| Bereavement Leave | 0.00 | 0.00 |
| Holiday Paid | 0.00 | 0.00 |
| Purchased Time Off | 0.00 | 0.00 |
| PTO | 4.00 | 95.56 |

| Active Benefits - Empr. Monthly Cost | Amt |
|---|---|
| Basic Group Life Insurance/Basic Life Insurance | 7.41 |
| Long Term Disability/Long Term Disability-Untaxed Benefit | 6.76 |
| Short Term Disability/Short Term Disability-Untaxed Benefit | 8.20 |
| Dental Insurance/Delta Dental - Employee & Child(ren) | 30.60 |
| Total | 52.96 |

STATEMENT OF EARNINGS AND DEDUCTIONS - RETAIN FOR YOUR RECORDS
Fold Along Dotted Line

**United Fire & Casualty Co**
118 2nd Ave SE Cedar Rapids IA 524013909

Period End Date: 08/24/2019
Check Date: 08/30/2019

| Bank Account # | Deposit Amount |
|---|---|
| 00001955300 | 1,090.92 |
| Total Deposits: | $1,090.92 |

Check Amount:   $0.00

Osborn, Heather Ann
306 Stephanie Dr
Central City, IA
52214

PAYROLL ADVICE ONLY - NON-NEGOTIABLE

# EARNINGS STATEMENT

**ufg**

**Osborn, Heather Ann**
SS #:
Employee #: 4144    Company: UF    Dist: 99999

| Period End Date | Check Date |
|---|---|
| 08/08/2019 | 08/15/2019 |
| Gross | Net |
| $1,651.78 | $1,090.92 |
| Check No.: | 000307791A |

| Earnings | Hours | Cur Amt | YTD |
|---|---|---|---|
| 001 / Regular | 85.17 | 1,580.69 | 20,040.11 |
| 001A / Regular Hrs Adjusted | 1.33 | 24.75 | 74.29 |
| 005 / PTO (Paid Time Off) | 1.50 | 27.84 | 2,306.08 |
| 009 / Purchased Time Off | 0.00 | 0.00 | 742.40 |
| 016 / Holiday Paid | 0.00 | 0.00 | 742.40 |
| 030 / Floating Holiday | 0.00 | 0.00 | 148.48 |
| 035 / Birthday Hours | 0.00 | 0.00 | 148.48 |
| 085 / Bonus | 0.00 | 0.00 | 2,151.84 |
| Total | | 1,633.28 | 26,354.08 |

| Charge Code | Hours | Rate | Amount |
|---|---|---|---|
| 001A / | 1.33 | 18.56 | 24.75 |
| 005 / | 1.50 | 18.56 | 27.84 |
| 001 / | 85.17 | 18.56 | 1,580.69 |

| Deductions | Cur Amt | YTD |
|---|---|---|
| 211 / Vision Insurance | 12.50 | 187.50 |
| 213 / Dental Insurance | 23.50 | 352.50 |
| 216 / Supplemental Life & AD&D | 9.02 | 135.30 |
| 218 / Spouse Life Insurance | 3.45 | 51.75 |
| 220 / Accident Coverage | 10.73 | 160.95 |
| 221 / Critical Illness Coverage | 6.53 | 97.95 |
| 237 / 401K Loan Payment | 30.00 | 60.00 |
| 245P / 401K % | 130.66 | 1,876.77 |
| 249 / Purchased Time Off | 30.93 | 463.95 |
| 256 / Dependent Life Insurance | 0.40 | 6.00 |
| 280 / Parking United Ramp/Roof | 16.00 | 144.00 |
| Total | $273.72 | $3,536.67 |

| Taxes | Cur Amt | Tax Wages | YTD Tax | YTD Wages |
|---|---|---|---|---|
| FEDERAL | 102.13 | 1,477.37 | 1,904.10 | 23,452.02 |
| OASDI | 99.69 | 1,608.03 | 1,570.38 | 25,328.79 |
| MEDICARE | 23.32 | 1,608.03 | 367.27 | 25,328.79 |
| STATE / IA | 62.00 | 1,477.37 | 1,011.00 | 23,452.02 |
| Total | $287.14 | | $4,852.75 | |

| Taxable Fringes | Cash | Cur Amt | YTD |
|---|---|---|---|
| 180 / Parking Cash Out | Y | 18.50 | 277.50 |
| 500 / STD Untaxed Benefit | N | 4.09 | 61.21 |
| 501 / LTD Untaxed Benefit | N | 3.37 | 50.55 |
| 950 / Basic Life | N | 3.70 | 55.50 |
| Total | | $29.66 | $444.76 |

Imputed Income - CUR/YTD    9.81    147.15

| Leave | CUR Taken | Balance Hrs |
|---|---|---|
| Birthday Hours | 0.00 | 0.00 |
| Community Service | 0.00 | 16.00 |
| Floating Holiday | 0.00 | 0.00 |
| Bereavement Leave | 0.00 | 0.00 |
| Holiday Paid | 0.00 | 0.00 |
| Purchased Time Off | 0.00 | 0.00 |
| PTO | 1.50 | 92.22 |

| Active Benefits - Empr. Monthly Cost | Amt |
|---|---|
| Basic Group Life Insurance/Basic Life Insurance | 7.41 |
| Long Term Disability/Long Term Disability-Untaxed Benefit | 6.76 |
| Short Term Disability/Short Term Disability-Untaxed Benefit | 8.20 |
| Dental Insurance/Delta Dental - Employee & Child(ren) | 30.60 |
| Total | 52.96 |

STATEMENT OF EARNINGS AND DEDUCTIONS - RETAIN FOR YOUR RECORDS
- - - - - - - - - - - - - - - - - - - - - - - - - Fold Along Dotted Line - - - - - - - - - - - - - - - - - - - - - - - - -



**United Fire & Casualty Co**
118 2nd Ave SE Cedar Rapids IA 524013909

| Period End Date | Check Date |
|---|---|
| 08/08/2019 | 08/15/2019 |

| Bank Account # | Deposit Amount |
|---|---|
| 00001955300 | 1,090.92 |
| Total Deposits: | $1,090.92 |

Check Amount:    $0.00

**Osborn, Heather Ann**
**306 Stephanie Dr**
**Central City, IA**
**52214**

PAYROLL ADVICE ONLY - NON-NEGOTIABLE